FILED

04/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0599

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 19-0599
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ELK GROVE DEVELOPMENT
COMPANY,
      Appellee, Plaintiff

vs.

FOUR CORNERS COUNTY WATER
AND SEWER DISTRICT,
      Appellant, Defendant,

ELK GROVE HOMEOWNERS
ASSOCIATION, INC., a Montana
Non-Profit Corporation,
      Appellee, Intervenor

_____

### ORDER GRANTING APPELLANT'S UNCONTESTED MOTION FOR EXTENSION TO FILE REPLY BRIEF IN SUPPORT OF APPEAL
_____

On Appeal from Montana Eighteenth Judicial District Court, Gallatin County,
Cause No. DV-18-788A
Before Honorable Luke Berger

Upon review of the Appellant's Uncontested Motion for Extension to File Reply Brief in Support of Appeal, and for good cause showing therefrom:

IT IS HEREBY ORDERED that Appellant Four Corners County Water and Sewer District's Motion is granted and it shall have until Thursday April 30, 2020 to file its Reply Brief in Support of Appeal.

Dated:

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 13 2020